IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. DNCW3:01CR90-1-MOC-DSC |
| | ) | (Financial Litigation Unit) |
| JULIA POWELL | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PRESBYTERIAN HOSPITAL, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF CONSENT ORDER OF GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Garnishment filed in this case against Defendant Julia Powell is DISMISSED.

**SO ORDERED**.

Signed: May 16, 2016

_____
David S. Cayer
United States Magistrate Judge